

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00720-CV

Marilyn **STEWART**,
Appellant

v.

**THE CITY OF SAN ANTONIO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09344
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal. *See De La Vega v. Taco Cabana, Inc.*, 974 S.W.2d 152 (Tex. App.—San Antonio 1998, order).

SIGNED July 23, 2014.

_____
Catherine Stone, Chief Justice